Junior Olden Holmes, Plaintiff-Appellee, v. Union
House Furnishings Company, Now Lasky Enter-
prises, Inc., Defendant-Appellant.

Term No. 58–F–13. 

Fourth District.

April 21, 1958.

Released for publication May 7, 1958.

288

Saul E. Cohn, for defendant-appellant; James F. Wheatley, for plaintiff-appellee. Opinion by PRESIDING JUSTICE CULBERTSON. Not to be published in full.